**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| ROLAND DELUCA and | : CHAPTER 13 |
| CAROL DELUCA, | : |
| | : |
| Debtor | : BKRTCY. NO. 17-12593 REF |

**ADDENDUM TO DEBTORS' SECOND AMENDED PLAN FILED 5/6/19**

**PURPOSE OF ADDENDUM:**

The sole purpose of this Addendum is to correct the amount to be paid to Ally Financial on account of its arrears, as follows:

The plan reads the amount to be $326.05.

The correct amount is **$324.05.**

Respectfully submitted:

**LAW OFFICES OF**
**KEVIN K. KERCHER, ESQUIRE, P.C.**

Date: 5/14/2019

 /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax
**Attorney for Debtors**