```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    ROLAND DELUCA and            :    CHAPTER 13
    CAROL DELUCA,                :
                                :
         Debtor                  :    BKRTCY. NO. 17-12593 REF
```

**(SECOND) ADDENDUM TO DEBTORS' SECOND AMENDED PLAN FILED 5/6/19**

**PURPOSE OF ADDENDUM:**

The sole purpose of this Addendum is to add funding from a potential (likely) refund generated by the recent processing of tax returns for years 2016 and 2017.

Debtors will pay over the anticipated refund, if and when received, to the Chapter 13 Trustee. It is believed that this amount will be no more than $6,000.

Date: 5/14/2019

Respectfully submitted:

**LAW OFFICES OF
KEVIN K. KERCHER, ESQUIRE, P.C.**

 /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax
**Attorney for Debtors**