**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carol Deluca<br>Ronald J. Deluca<br>　　　　　　Debtor(s) | Chapter 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I<br>　　　　　　v.<br>Carol Deluca<br>Ronald J. Deluca<br>　　　　　and<br>Scott Waterman<br>　　　　　　Trustee | NO. 17-12593 PMM |

## ORDER

AND NOW, this  6th  day of  July  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 7, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4056 Vaughn Street Easton, PA 18045.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Carol Deluca
4056 Vaughn Street
Easton, PA 18045

Ronald J. Deluca
4056 Vaughn Street
Easton, PA 18045

Scott Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Kevin K. Kercher
881 Third Street
Suite #C-2
Whitehall, PA 18052

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532