United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roland J. DeLuca, Jr.  
Carol DeLuca  
    Debtors

Case No. 17-12593-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Antoinett      Page 1 of 1      Date Rcvd: Jul 06, 2020  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.  
db/jdb      +Roland J. DeLuca, Jr.,   Carol DeLuca,   4056 Vaughn St.,   Easton, PA 18045-5054  
              +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,   Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:  
         JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
         KEVIN K. KERCHER    on behalf of Debtor Roland J. DeLuca, Jr. kevinkk@kercherlaw.com, kevin@kercherlaw.com  
         KEVIN K. KERCHER    on behalf of Joint Debtor Carol  DeLuca kevinkk@kercherlaw.com, kevin@kercherlaw.com  
         KEVIN M. BUTTERY    on behalf of Creditor    Citibank NA cdigianantonio@rascrane.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al ... bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com  
         REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carol Deluca<br>Ronald J. Deluca<br>　　　　　Debtor(s) | Chapter 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I<br>　　　　　v.<br>Carol Deluca<br>Ronald J. Deluca<br>　　　　　and<br>Scott Waterman<br>　　　　　Trustee | NO. 17-12593 PMM |

**ORDER**

AND NOW, this 6th day of July, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 7, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4056 Vaughn Street Easton, PA 18045.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Carol Deluca
4056 Vaughn Street
Easton, PA 18045

Ronald J. Deluca
4056 Vaughn Street
Easton, PA 18045

Scott Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Kevin K. Kercher
881 Third Street
Suite #C-2
Whitehall, PA 18052

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532