Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-12593-PMM

ROLAND J. DE LUCA, JR.  
CAROL DE LUCA  
4056 VAUGHN ST.  
EASTON  PA    18045

Petition Filed Date: 04/12/2017  
341 Hearing Date: 06/20/2017  
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $400.00 | 17836622536 | 03/04/2019 | $400.00 | 17836694629 | 03/04/2019 | $400.00 | 17836694630 |
| 03/04/2019 | $400.00 | 17836694628 | 05/28/2019 | $400.00 | 17905837011 | 05/28/2019 | $400.00 | 17905837049 |
| 05/28/2019 | $400.00 | 17905837048 | 01/28/2020 | $400.00 | 17906058791 | 01/28/2020 | $400.00 | 17906058790 |
| 01/28/2020 | $400.00 | 17906058788 | 01/28/2020 | $400.00 | 17906058787 | 01/28/2020 | $400.00 | 17906058789 |
| 01/28/2020 | $400.00 | 17906058786 | 04/10/2020 | $400.00 | 17910991558 | 04/10/2020 | $400.00 | 17910991559 |
| 04/17/2020 | $400.00 | 17905976865 | 06/03/2020 | $400.00 | 17910734111 | 06/23/2020 | $400.00 | 17911026043 |
| 08/04/2020 | $400.00 | 17911025843 | 08/04/2020 | $400.00 | 17911025851 | | | |

**Total Receipts for the Period: $8,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | ALLY FINANCIAL »» 006 | Secured Creditors | $324.05 | $324.05 | $0.00 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $8,765.75 | $558.33 | $8,207.42 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $5,715.37 | $364.04 | $5,351.33 |
| 10 | BANK OF AMERICA NA »» 010 | Unsecured Creditors | $5,598.12 | $356.58 | $5,241.54 |
| 11 | BECKET & LEE, LLP »» 011 | Unsecured Creditors | $1,156.50 | $69.50 | $1,087.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,975.81 | $316.93 | $4,658.88 |
| 14 | FAY SERVICING LLC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MOMA FUNDING LLC »» 012 | Unsecured Creditors | $2,145.57 | $128.96 | $2,016.61 |
| 2 | ONE MAIN FINANCIAL »» 002 | Unsecured Creditors | $10,654.23 | $678.62 | $9,975.61 |
| 3 | SANTANDER BANK NA »» 003 | Unsecured Creditors | $5,511.50 | $351.06 | $5,160.44 |
| 4 | SANTANDER BANK NA »» 004 | Unsecured Creditors | $28,073.56 | $1,788.15 | $26,285.41 |
| 5 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $20,730.31 | $1,320.42 | $19,409.89 |

**Chapter 13 Case No. 17-12593-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $6,906.58 | $439.92 | $6,466.66 |
| 15 | KEVIN K KERCHER ESQ<br>»» 015 | Attorney Fees | $6,810.00 | $6,810.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $13,506.56 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,361.60 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $731.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.