| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-12593-PMM

ROLAND J. DE LUCA, JR.  
CAROL DE LUCA  
4056 VAUGHN ST.  
EASTON  PA   18045

Petition Filed Date: 04/12/2017  
341 Hearing Date: 06/20/2017  
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $400.00 | 17906058791 | 01/28/2020 | $400.00 | 17906058790 | 01/28/2020 | $400.00 | 17906058788 |
| 01/28/2020 | $400.00 | 17906058787 | 01/28/2020 | $400.00 | 17906058789 | 01/28/2020 | $400.00 | 17906058786 |
| 04/10/2020 | $400.00 | 17910991558 | 04/10/2020 | $400.00 | 17910991559 | 04/17/2020 | $400.00 | 17905976865 |
| 06/03/2020 | $400.00 | 17910734111 | 06/23/2020 | $400.00 | 17911026043 | 08/04/2020 | $400.00 | 17911025843 |
| 08/04/2020 | $400.00 | 17911025851 | 09/09/2020 | $400.00 | 19090584101 | 09/09/2020 | $400.00 | 19090584102 |
| 11/24/2020 | $400.00 | 19090754841 | 11/24/2020 | $400.00 | 19090754840 | 01/14/2021 | $400.00 | 19090754423 |
| 04/06/2021 | $400.00 | 19090852851 | 04/06/2021 | $400.00 | 19090852850 | 04/13/2021 | $400.00 | 19090853018 |
| 04/13/2021 | $400.00 | 19090853019 | | | | | | |

**Total Receipts for the Period: $8,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | ALLY FINANCIAL<br>»» 006 | Secured Creditors | $324.05 | $324.05 | $0.00 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $8,765.75 | $911.99 | $7,853.76 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $5,715.37 | $594.63 | $5,120.74 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $5,598.12 | $582.44 | $5,015.68 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $1,156.50 | $120.31 | $1,036.19 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,975.81 | $517.68 | $4,458.13 |
| 14 | FAY SERVICING LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,145.57 | $223.23 | $1,922.34 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $10,654.23 | $1,108.47 | $9,545.76 |
| 3 | SANTANDER BANK NA<br>»» 003 | Unsecured Creditors | $5,511.50 | $573.43 | $4,938.07 |
| 4 | SANTANDER BANK NA<br>»» 004 | Unsecured Creditors | $28,073.56 | $2,920.80 | $25,152.76 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $20,730.31 | $2,156.81 | $18,573.50 |

**Chapter 13 Case No. 17-12593-PMM**

| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $6,906.58 | $718.57 | $6,188.01 |
| 15 | KEVIN K KERCHER ESQ<br>»» 015 | Attorney Fees | $6,810.00 | $6,810.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $17,562.41 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,637.59 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.