Certificate Number: 15317-PAE-DE-036713353

Bankruptcy Case Number: 17-12593



15317-PAE-DE-036713353

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 26, 2022</u>, at <u>8:07</u> o'clock <u>PM PDT</u>, <u>Caroline A Deluca</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 26, 2022</u>          By:   <u>/s/Lea Sorino</u>

 

Name:   <u>Lea Sorino</u>

 

Title:   <u>Counselor</u>