United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-12593-pmm
Roland J. DeLuca, Jr. Chapter 13
Carol DeLuca
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jul 28, 2022     Form ID: 138OBJ     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland J. DeLuca, Jr., Carol DeLuca, 4056 Vaughn St., Easton, PA 18045-5054 |
| 13900552 | | Caliber Home Loans, PO Box 619063, Dallas, TX 75261-9063 |
| 14026526 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing,LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14317839 | + | Citibank, N.A., as trustee for CMLTI Asset Trust c, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13900553 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14376323 | + | Fay Servicing, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13900556 | | Keene Jabbour, Esq., 701 Washington St, Easton, PA 18042-4373 |
| 13900558 | | Korte Company, Inc., PO Box 1086, Easton, PA 18044-1086 |
| 13915578 | | LSF9 Master Participation Trust, c/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, 1 Penn Center Plaza, Philadelphia, PA 19103 |
| 13900561 | | PADOR, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13900564 | | Santander Bank, NA, PO Box 847051, Boston, MA 02284-7051 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 28 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13924066 | | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2022 23:52:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13900549 | | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2022 23:52:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 13900548 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 23:52:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 13900550 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 23:52:00 | Bank Of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 13955576 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 28 2022 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13900551 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:52:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 13957275 | | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 23:53:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14048953 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 23:52:00 | Citibank, c/o Kevin Buttery, Esq., 6409 Congress Ave., Ste. 100, Boca Raton, FL 33487-2853 |
| 13908015 | | Email/Text: mrdiscen@discover.com | | |

Case 17-12593-pmm    Doc 85    Filed 07/30/22    Entered 07/31/22 00:27:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jul 28 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13900555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2022 23:52:00 | Internal Revenue Service, 3 West Broad St., Ste. 8, Bethlehem, PA 18018-0000 |
| 13900557 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 28 2022 23:52:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 13994113 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 28 2022 23:52:00 | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14644804 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2022 23:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13900559 | + | Email/Text: ngisupport@radiusgs.com | Jul 28 2022 23:52:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 13915972 | | Email/PDF: cbp@onemainfinancial.com | Jul 29 2022 00:04:10 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13900560 | | Email/PDF: cbp@onemainfinancial.com | Jul 29 2022 00:03:50 | One Main Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 13902916 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 29 2022 00:03:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13957612 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 23:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13900562 | | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:04:12 | Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 13900565 | | Email/Text: DeftBkr@santander.us | Jul 28 2022 23:52:00 | Santander Bank, PO Box 12646, Reading, PA 19612-2646 |
| 13921205 | + | Email/Text: DeftBkr@santander.us | Jul 28 2022 23:52:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13982519 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:14:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13900566 | | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:04:04 | Wal-Mart, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13985616 | | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc. |
| 13900554 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13900563 | ##+ | Santander Bank, PO Box 12768, Reading, PA 19612-2768 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2022 | Form ID: 138OBJ | Total Noticed: 36

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JEROME B. BLANK | on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com |
| KEVIN K. KERCHER | on behalf of Debtor Roland J. DeLuca Jr. kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Carol DeLuca kevinkk@kercherlaw.com kevin@kercherlaw.com |
| KEVIN M. BUTTERY | on behalf of Creditor Citibank NA cdigianantonio@rascrane.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society et al ... bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Roland J. DeLuca, Jr. and Carol
DeLuca

       Debtor(s)

Case No: 17−12593−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/28/22

84 − 77
Form 138OBJ