| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-12593-PMM

ROLAND J. DE LUCA, JR.　　　　　　　　　　　　　　　Petition Filed Date: 04/12/2017
CAROL DE LUCA　　　　　　　　　　　　　　　　　　　341 Hearing Date: 06/20/2017
4056 VAUGHN ST.　　　　　　　　　　　　　　　　　　Confirmation Date: 05/16/2019
EASTON  PA    18045

Case Status: Completed on 7/19/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $400.00 | 19090852851 | 04/06/2021 | $400.00 | 19090852850 | 04/13/2021 | $400.00 | 19090853018 |
| 04/13/2021 | $400.00 | 19090853019 | 07/08/2021 | $400.00 | 19232801826 | 07/08/2021 | $400.00 | 19232801827 |
| 09/28/2021 | $400.00 | 19232970891 | 09/28/2021 | $400.00 | 19232970886 | 09/28/2021 | $400.00 | 19232970887 |
| 11/08/2021 | $400.00 | 19332855347 | 01/10/2022 | $400.00 | 19332966993 | 01/10/2022 | $400.00 | 19332966994 |
| 01/10/2022 | $400.00 | 19332966995 | 05/18/2022 | $400.00 | 19333251320 | 05/18/2022 | $400.00 | 19333251319 |
| 05/18/2022 | $400.00 | 19333251318 | 06/29/2022 | $400.00 | 19333301719 | 06/29/2022 | $400.00 | 19333301721 |
| 06/29/2022 | $400.00 | 19333301720 | 06/29/2022 | $400.00 | 19333301803 | 06/29/2022 | $400.00 | 19333301802 |
| 06/29/2022 | $400.00 | 19333301801 | 07/15/2022 | $400.00 | 19333301945 | 07/15/2022 | $400.00 | 19333301944 |
| 07/15/2022 | $400.00 | 19333301943 | 07/15/2022 | $400.00 | 19416498814 | 07/15/2022 | $400.00 | 19416498813 |
| 07/15/2022 | $400.00 | 19416498812 | 07/19/2022 | $400.00 | 19416498864 | 07/19/2022 | $400.00 | 19416498863 |
| 07/19/2022 | $400.00 | 19416498865 | | | | | | |

**Total Receipts for the Period:  $12,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $30,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | ALLY FINANCIAL<br>»»  006 | Secured Creditors | $324.05 | $324.05 | $0.00 |
| 8 | BANK OF AMERICA NA<br>»»  008 | Unsecured Creditors | $8,765.75 | $1,777.43 | $6,988.32 |
| 9 | BANK OF AMERICA NA<br>»»  009 | Unsecured Creditors | $5,715.37 | $1,158.89 | $4,556.48 |
| 10 | BANK OF AMERICA NA<br>»»  010 | Unsecured Creditors | $5,598.12 | $1,135.14 | $4,462.98 |
| 11 | BECKET & LEE, LLP<br>»»  011 | Unsecured Creditors | $1,156.50 | $234.50 | $922.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $4,975.81 | $1,008.94 | $3,966.87 |
| 14 | NEWREZ LLC  D/B/A<br>»»  014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MOMA FUNDING LLC<br>»»  012 | Unsecured Creditors | $2,145.57 | $435.06 | $1,710.51 |
| 2 | ONE MAIN FINANCIAL<br>»»  002 | Unsecured Creditors | $10,654.23 | $2,160.36 | $8,493.87 |
| 3 | SANTANDER BANK NA<br>»»  003 | Unsecured Creditors | $5,511.50 | $1,117.59 | $4,393.91 |

**Chapter 13 Case No. 17-12593-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | SANTANDER BANK NA<br>»» 004 | Unsecured Creditors | $28,073.56 | $5,692.49 | $22,381.07 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $20,730.31 | $4,203.51 | $16,526.80 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $6,906.58 | $1,400.45 | $5,506.13 |
| 15 | KEVIN K KERCHER ESQ<br>»» 015 | Attorney Fees | $6,810.00 | $6,810.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,000.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $27,458.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,541.59 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.