IN
FOR

| | | |
|---|---|---|
| IN RE:<br>Roland J. DeLuca, Jr.<br>Carol DeLuca,<br>      Debtors. | :<br>:<br>:<br>: | Bankruptcy No. 17-12593-pmm<br><br>Chapter 13 |
| | : | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,<br>      Movant,<br> v. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

Roland J. DeLuca,
Jr. Carol DeLuca,
Scott F. Waterman, Esq., Trustee,
      Respondents.

## ORDER GRANTING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION FOR AN EXTENSION OF TIME TO RESPOND TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

AND NOW, this 19th day of August, 2022, upon consideration of the Motion for an Extension of Time to Respond to Trustee's Notice of Final Cure Payment ("Motion"), filed by U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Respondent"), IT IS HEREBY ORDERED:

The Motion is GRANTED; IT IS FURTHER ORDERED

Respondent shall have until September 18, 2022 to respond to the Notice of Final Cure Payment.

                   BY THE COURT:

                   *Patricia M. Mayer*
                   _____
                   HON. PATRICIA M. MAYER
                   UNITED STATES BANKRUPTCY
                   JUDGE