United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12593-pmm |
| Roland J. DeLuca, Jr. | Chapter 13 |
| Carol DeLuca | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Roland J. DeLuca, Jr., Carol DeLuca, 4056 Vaughn St., Easton, PA 18045-5054 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com |
| KEVIN K. KERCHER | on behalf of Debtor Roland J. DeLuca  Jr. kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Carol DeLuca kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN M. BUTTERY | on behalf of Creditor Citibank NA cdigianantonio@rascrane.com |
| LISA MARIE CIOTTI | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society et al ... bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN
FOR

| | | |
|---|---|---|
| IN RE:<br>Roland J. DeLuca, Jr.<br>Carol DeLuca,<br>                          Debtors. | : <br> : <br> : <br> : <br> : | Bankruptcy No. 17-12593-pmm <br><br> Chapter 13 |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,**<br>                          Movant,<br>v. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

**Roland J. DeLuca,
Jr. Carol DeLuca,
Scott F. Waterman, Esq., Trustee,**
                          **Respondents.**

### ORDER GRANTING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION FOR AN EXTENSION OF TIME TO RESPOND TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

AND NOW, this 19th day of August, 2022, upon consideration of the Motion for an Extension of Time to Respond to Trustee's Notice of Final Cure Payment ("Motion"), filed by U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Respondent"), IT IS HEREBY ORDERED:

The Motion is GRANTED; IT IS FURTHER ORDERED

Respondent shall have until September 18, 2022 to respond to the Notice of Final Cure Payment.

BY THE COURT:

_Patricia M. Mayer_
_____
HON. PATRICIA M. MAYER
UNITED STATES BANKRUPTCY
JUDGE