*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Roland J. DeLuca, Jr. and Carol DeLuca                          : Case No. 17−12593−pmm
      Debtor(s)

### ORDER
_____

AND NOW, this day , October 21, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                By The Court

                Patricia M. Mayer
                Judge , United States Bankruptcy Court